UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:   Global Home Products LLC, et al. | ) | |
| | ) | Civil Action No. 06-508 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF FLING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Appendix to Emergency Motion for Stay Pending Bankruptcy Appeal

The original documents are maintained in the case file in the Clerk's Office.


August 15, 2006                                              Clerk's Office