*IS*
06- 508

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| GLOBAL HOME PRODUCTS, LLC, *et al.*,[1] ) | Case No. 06-10340 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| ) | |

### ORDER STAYING ASSIGNMENT AND /OR
### TRANSFER OF TRADEMARK SUBLICENSE AGREEMENT

Upon the *Emergency Motion For Stay Pending Appeal Of Order Approving Motion Of The Debtors For An Order (I) Approving Sale By The WearEver Debtors Of Substantially All Of The WearEver Debtors Operating Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M) Of The Bankruptcy Code, (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (III) Granting Related Relief* (the "Stay Motion"), and the request of Regal Ware, Inc. to maintain the status quo to allow it a full and fair opportunity to have its Stay Motion heard before the Court, and the Court finding just cause for the entry of the relief requested

IT IS HEREBY ORDERED that the effectiveness of any provisions of this Court's Sale Order authorizing assumption and assignment of the Trademark Sublicense

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Debtors Acquisition Inc.; Debtors Puerto Rico, Inc.; Debtors Operating Company LLC.

Agreement is STAYED, and the Debtors are not authorized to effect assumption and assignment of the Trademark Sublicense Agreement until further order of the Court.

Dated:_____        _____
                                                                    United States District Court Judge

PHIL1 691901-1