06 - 508

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| GLOBAL HOME PRODUCTS, LLC, *et al.*,[1] ) | Case No. 06-10340 (KG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| ) | |

### MOTION FOR EMERGENCY HEARING

Regal Ware, Inc. ("Regal Ware") hereby files this motion for an emergency hearing on its *Emergency Motion For Stay Pending Appeal Of Order Approving Motion Of The Debtors For An Order (I) Approving Sale By The WearEver Debtors Of Substantially All Of The WearEver Debtors' Operating Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M) Of The Bankruptcy Code, (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (III) Granting Related Relief* (The "Stay Motion"), filed contemporaneously herewith, and shows this Court as follows:

On August 8, 2006, the Bankruptcy Court approved the sale of the Debtors' WearEver assets to SEB, SA ("SEB"). On August 14, 2006, the Bankruptcy Court entered *Order Approving Motion of Debtors for the Entry of an Order (I) Approving Sale*

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Debtors Acquisition Inc.; Debtors Puerto Rico, Inc.; Debtors Operating Company LLC.

PHIL1 691891-1

*by the WearEver Debtors of Substantially all of WearEver Debtors' Assets Free and Clear of all Liens, Claims, Enbumbrances and Other Interests, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* (the "Sale Order," Docket No. 664).[2]

As part of the Sale Order, paragraphs 18, 19, 20 and 22, among others (the "Assignment Approval Provisions"), authorize the Debtors to assume and assign the Trademark Sublicense Agreement (defined below) between Newell Operating Company ("Newell") and Mirro Operating Company ("Mirro"). Regal Ware is the licensor party to the Trademark Sublicense Agreement, in place of Newell, by virtue of the August 1, 2006 Assignment from Newell to Regal Ware.

A hearing on the Stay Motion was held on August 14, 2006 before the Bankruptcy Court. The Bankruptcy Court denied the Stay Motion. Under the Asset Purchase Agreement with SEB, the deadline for closing the sale expires on Friday, August 18, 2006. However, the parties advise that they seek to close early in an effort to moot Regal Ware's appeal rights. Accordingly, it is essential that the District Court hear Regal Ware's Stay Motion as soon as possible and enter an order preserving the status quo until the Stay Motion can be heard.

---

[2] All pleadings, orders and other court filings with the Bankruptcy Court referenced in the Motion are located in the Appendix to the Motion, submitted herewith.

PHIL1 691891-1

WHEREFORE, Regal Ware respectfully requests the Court grant it an expedited hearing on the Stay Motion as soon as possible and in the interim, an order preserving the status quo until the Stay Motion can be heard.

Date: August 15, 2006

Respectfully submitted,

KLEHR HARRISON HARVEY
BRANZBURG & ELLERS LLP

*/s/ Steven K. Kortanek*

Morton R. Branzburg, Esq.
Steven K. Kortanek (Del. Bar No. 3106)
Jennifer L. Scoliard (Del. Bar No. 4147)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 429-1189 – telephone
(302) 426-9193 - facsimile

-and-

RYAN KROMHOLZ & MANION, S.C.
Daniel R. Johnson, Esq.
Joseph A. Kromholz, Esq.
P. O. Box 26618
Milwaukee, Wisconsin 53226-0618

*Attorneys for Regal Ware, Inc.*