IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| GLOBAL HOME PRODUCTS, LLC, *et al.,*[1] | ) | Case No. 06-10340 (KG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |

**ORDER STAYING ASSIGNMENT AND /OR
TRANSFER OF TRADEMARK SUBLICENSE AGREEMENT**

Upon the *Motion for Emergency Hearing* and the Court finding just cause for the entry of the relief requested,

IT IS HEREBY ORDERED that a hearing will be held on the *Emergency Motion For Stay Pending Appeal Of Order Approving Motion Of The Debtors For An Order (I) Approving Sale By The WearEver Debtors Of Substantially All Of The WearEver Debtors Operating Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests Pursuant To Sections 363(B), (F) And (M) Of The Bankruptcy Code, (II) Assuming And Assigning Certain Executory Contracts And Unexpired Leases, And (III) Granting Related Relief* (the "Motion") on _____. Responses

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Debtors Acquisition Inc.; Debtors Puerto Rico, Inc.; Debtors Operating Company LLC.

to the Motion shall be due by _____.

Dated:_____

_____
United States District Court Judge