## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that on August 16, 2006, I caused a true and correct copy of the OBJECTION AND MEMORANDUM OF WACHOVIA BANK, NATIONAL ASSOCIATION IN OPPOSITION TO: (1) MOTION FOR EMERGENCY HEARING AND (2) EMERGENCY MOTION OF REGAL WARE, INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRATING RELATED RELIEF to be served electronically through the Court's CM/ECF system, and also by email and First-Class Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| David Fournier, Esq.<br>Pepper Hamilton, LLP<br>1313 Market Street, Suite 5100<br>Wilmington, DE 19801 | Sharon L. Levine, Esq.<br>Bruce Buechler, Esq.<br>Lowenstein Sandler, PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Gregg M. Galardi, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19801 | Jesse H. Austin, III, Esq.<br>Paul, Hastings, Janofsky & Walker, LLP<br>600 Peach Street Street, N.E., Suite 2400<br>Atlanta, GA 30308-2222 |
| Michael L. Busenkell, Esquire<br>Eckert, Seamans, Cherin & Mellott LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, DE 19801 | Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq.<br>Landis Rath & Cobb, LLP<br>919 North Market Street, Suite 600<br>Wilmington, DE 19801 |

Robert J. Dehney, Esq.
Gilbert R. Sayhah, Esq.
Morris, Nichols, Arsht & Tunnell, LLP
Chase Manhattan Centre
1201 North Market Street, 18th Fl.
Wilmington, DE 19801

Mark Kenney, Esq.
United States Trustee's Office
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Laura Davis Jones Esq.
Bruce Grohsgal, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

Steven Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 N. Market Street, Suite 1000
Wilmington, DE 19801

　　　　　　　　　　　　　　　　　　　　*/s/ Joseph H. Huston, Jr.*
　　　　　　　　　　　　　　　　　　　　Joseph H. Huston, Jr.