IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL HOME PRODUCTS, LLC, *et al.*, | Case No. 06-10340 (KG)<br>Jointly Administered |
| Debtors. | |
| Regal Ware, Inc.<br><br>Appellant,<br><br>v.<br><br>Global Home Products LLC, et al., | Civil Action 06-508 (JJF) |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OPPOSITION OF THE DEBTORS TO EMERGENCY MOTION OF REGAL WARE INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER:(I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS' OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(b), (f) AND (m) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (III) GRANTING RELATED RELIEF**

The Official Committee of Unsecured Creditors (the "Committee") of Global Home Products, LLC, *et al.*, the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through its counsel, joins the Debtors in their *Objection of Debtors to Emergency Motion of Regal Ware, Inc. for a Stay Pending Appeal of the Order Granting Motion of the Debtors for an Order (I) Approving Sale by the WearEver Debtors of Substantially All of the WearEver Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* filed on August 15, 2006. (Docket No. 663).

Dated: August 16, 2006.

        Respectfully submitted,

        **LOWENSTEIN SANDLER PC**
        Kenneth A. Rosen, Esq.
        Sharon L. Levine, Esq.
        Bruce Buechler, Esq.
        Paul Kizel, Esq.
        Wojciech F. Jung, Esq.
        65 Livingston Avenue
        Roseland, New Jersey 07068
        Telephone: (973) 597-2500
        Fax: (973) 597-2400

        and

        **PEPPER HAMILTON LLP**

        _____
        David M. Fournier (DE No. 2812)
        Hercules Plaza, Suite 5100
        1313 N. Market Street
        Wilmington, Delaware 19801
        Telephone: (302) 777-6500
        Fax: (302) 421-8390

        *Co-Counsel for the Official Committee*
        *of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I, David M. Fournier, hereby declare that on the 16th day of August, 2006, I caused the foregoing **Joinder of The Official Committee of Unsecured Creditors to Opposition of the Debtors to Emergency Motion of Regal Ware Inc. for Stay Pending Appeal of Order Approving Motion of The Debtors for an Order:(I) Approving Sale by The Wearever Debtors of Substantially All of The Wearever Debtors' Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief** to be served upon the parties listed on the attached service list by facsimile or in the manner stated.

                                                                                             /s/ David M. Fournier
                                                                                             David M. Fournier

(Counsel to the Debtors)
Laura Davis Jones, Esquire
Bruce Grohsgal, Esquire
Sandra G. M. Selzer, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
**Facsimile and Hand Deliver**

(Counsel to the Debtors)
David M. Bertenthal, Esquire
Joshua M. Fried, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
150 California Street, 15th Floor
San Francisco, CA  94111

(United States Trustee)
Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

(Counsel to Wachovia Bank, National Association)
Joseph H. Huston, Jr., Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

(Counsel to Wachovia Bank, National Association)
Jonathan N. Helfat, Esquire
Matthew J. Miller, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169-0075

(Counsel to Madeleine, L.L.C.)
Robert J. Dehney, Esquire
Gilbert R. Saydah, Jr., Esquire
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market Street, 18th Floor
Wilmington, DE  19801

(Counsel to Madeleine L.L.C.)
Jesse H. Austin, III, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA  30308

(Counsel to Global Home Products Investors, LLC)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE  19801

(Counsel to Global Home Products Investors, LLC)
Michael L. Cook, Esquire
Sophie S. Kim, Esquire
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

(Counsel to Regal Ware)
Steven Kortanek, Esq.
Klehr Harrison Harvey Branzburg & Ellers, LLP
919 North Market Street, Suite 1000
Wilmington, DE  19801
**Facsimile and Hand Deliver**

(Counsel to Regal Ware)
Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, Suite 400
Philadelphia, PA  19102

WL: #193003 v1 (44X701!.DOC)