IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Global Home Products LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| Regal Ware, Inc.,<br><br>Appellant,<br>v.<br><br>Global Home Products LLC, et al.,<br><br>Appellees. | Civil Action 06-508 (JJF) |

**SUPPLEMENT TO DEBTORS' OPPOSITION TO EMERGENCY MOTION OF REGAL WARE INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER: (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS' OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF**

PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Bruce Grohsgal (Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Counsel to Debtors, Global Home Products LLC, et al.

Dated: August 16, 2006

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

On the date hereof, the above-captioned debtors and debtors in possession in the above referenced chapter 11 cases and appellees in this matter (the "Debtors") filed their opposition (the "Opposition") to the *Emergency Motion of Regal Ware, Inc. for Stay Pending Appeal of Order Approving Motion of the Debtors for an Order (I) Approving Sale by the WearEver Debtors of Substantially All of the WearEver Debtors Operating Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m) of the Bankruptcy Code, (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief,* filed on August 15, 2006 (the "Stay Motion").

Subsequent to filing the Opposition, the Debtors completed the closing of the sale of the WearEver assets to Groupe SEB USA (the "Buyer"), including the assumption and assignment of the exclusive trademark sublicense agreement to the Buyer. The Debtors respectfully submit that the appeal and the motions filed by Regal Ware Inc. with respect thereto are moot.

WHEREFORE, for the reasons stated above, in addition to those stated in the Opposition, the Debtors respectfully request that this Court deny the Stay Motion and grant such other and further relief as the Court deems just and proper.

Dated: August 16, 2006

PACHULSKI STANG ZIEHL YOUNG JONES
& WEINTRAUB LLP

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Bruce Grohsgal (Bar No. 3583)
Joshua M. Fried (CA Bar No. 181541)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszyjw.com
dbertenthal@pszyjw.com
bgrohsgal@pszyjw.com
jfried@pszyjw.com

Counsel to Debtors, Global Home Products LLC, et al.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Global Home Products LLC, et al.,[2]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| Regal Ware, Inc.,<br><br>                      Appellant,<br>v.<br><br>Global Home Products LLC, et al.,<br><br>                      Appellees. | Civil Action 06-508 (JJF) |

**CERTIFICATE OF SERVICE**

        I, Sandra G. M. Selzer, hereby certify that on the 16th day of August, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

        **SUPPLEMENT TO DEBTORS' OPPOSITION TO EMERGENCY MOTION OF REGAL WARE INC. FOR STAY PENDING APPEAL OF ORDER APPROVING MOTION OF THE DEBTORS FOR AN ORDER: (I) APPROVING SALE BY THE WEAREVER DEBTORS OF SUBSTANTIALLY ALL OF THE WEAREVER DEBTORS' OPERATING ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS PURSUANT TO SECTIONS 363(B), (F) AND (M) OF THE BANKRUPTCY CODE, (II) ASSUMING AND ASSIGNING CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (III) GRANTING RELATED RELIEF**

                                        /s/ Sandra G. M. Selzer
                                        Sandra G. M. Selzer (Bar No. 4283)

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

| Recipient | Company | E-mail |
|---|---|---|
| Debtors<br>Randal Rombeiro<br>Jeff Matthews | Global Home Products, LLC | Randal.Rombeiro@globalhomeproducts.com<br>jeff.matthews@globalhomeproducts.com |
| Counsel to the Official Committee of Unsecured Creditors<br>Bruce Buechler, Esq.<br>Kenneth A. Rosen, Esq.<br>Sharon L. Levine, Esq. | Lowenstein Sandler PC | bbuechler@lowenstein.com<br>krosen@lowenstein.com<br>slevine@lowenstein.com |
| Counsel to the Official Committee of Unsecured Creditors<br>David M. Fournier, Esq.<br>Evelyn J. Meltzer, Esq. | Pepper Hamilton LLP | fournierd@pepperlaw.com<br>meltzere@pepperlaw.com |
| Counsel to Wachovia, N.A.<br>Joseph H. Huston, Jr., Esq.<br>Thomas G. Whalen, Jr., Esq. | Stevens & Lee, P.C. | jhh@stevenslee.com<br>tgw@stevenslee.com |
| Counsel to the Wachovia, N.A.<br>Jonathan N. Helfat, Esq.<br>Matthew J. Miller, Esq.<br>Richard G. Haddad, Esq.<br>Daniel F. Fiorillo, Esq.<br>Steven B. Soll, Esq.<br>Steven B. Soll, Esq. | Otterbourg, Steindler, Houston & Rosen, P.C. | jhelfat@oshr.com<br>mmiller@oshr.com<br>rhaddad@oshr.com<br>dfiorillo@oshr.com<br>ssoll@oshr.com<br>giztom@aol.com |
| Counsel to Madeleine L.L.C.<br>Jesse H. Austin, III, Esq. | Paul, Hastings, Janofsky & Walker LLP | jessaustin@paulhastings.com |
| Counsel to Madeleine L.L.C.<br>Robert J. Dehney, Esq.<br>Derek C. Abbott, Esq. | Morris, Nichols, Arsht & Tunnell LLP | rdehney@mnat.com<br>dabbott@mnat.com |
| Counsel to Global Home Products Investors, LLC<br>Adam G. Landis, Esq.<br>Kerri K. Mumford, Esq. | Landis Rath & Cobb LLP | landis@lrclaw.com<br>mumford@lrclaw.com |
| Counsel to Global Home Products Investors, LLC<br>Michael L. Cook, Esq.<br>Sophie S. Kim, Esq. | Schulte Roth & Zabel LLP | Michael.cook@srz.com<br>sophie.kim@srz.com |
| Counsel to Cerberus, L.P.<br>Daniel V. Oshinsky, Esq. | Schulte Roth & Zabel LLP | daniel.oshinsky@srz.com |
| Counsel to Regal Ware, Inc.<br>Steven K. Kortanek, Esq. | Klehr, Harrison, Harrison, Branzburg & Ellers LLP | skortanek@klehr.com |

| Recipient | Company | E-mail |
|---|---|---|
| Counsel to Regal Ware, Inc.<br>Morton R. Branzburg, Esq. | Klehr, Harrison, Harrison, Branzburg & Ellers LLP | mbranzburg@klehr.com |
| Counsel to Regal Ware, Inc.<br>Daniel R. Johnson, Esq. | Ryan Kromholz & Manion, S.C. | djohnson@rkmiplaw.com |
| Counsel to SEB S.A. and SEB USA<br>Gregg M. Galardi, Esq.<br>Matthew P. Ward, Esq.<br>N. Lynn Hiestand, Esq.<br>Christian Pilkington, Esq.<br>Neil Devaney, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP | ggalardi@skadden.com<br>mpward@skadden.com<br>lhiestan@skadden.com<br>cpilking@skadden.com<br>ndevaney@skadden.com |
| Counsel to Lifetime Brands, Inc.<br>Ronald S. Gellert, Esq.<br>Michael Busenkell, Esq. | Eckert Seamans Cherin & Mellott, LLC | rgellert@eckertseamans.com<br>mbusenkell@eckertseamans.com |
| Counsel to Lifetime Brands, Inc.<br>Neil E. Herman, Esq.<br>Leonard Klingbaum, Esq. | Morgan, Lewis & Bockius, LLP | nherman@morganlewis.com<br>lklingbaum@morganlewis.com |
| Counsel to Citigroup<br>Joseph H. Smolinsky, Esq. | Chadbourne & Parke LLP | jsmolinsky@chadbourne.com |

GHP – Service List for Debtors' Opposition to
Regal Ware Motion for Stay Pending Appeal
Case No.  06-10340 (KG)
Document No. 120548
08 – Hand Delivery
10 – Overnight Delivery
01 – Foreign Overnight Delivery

**Hand Delivery**
(Counsel to Regal Ware, Inc.)
Steven K. Kortanek, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 North Market Street, Suite 1000
Wilmington, DE  19801

**Hand Delivery**
(Counsel to SEB S.A. and SEB USA)
Gregg M. Galardi, Esq.
Matthew P. Ward, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE  19801

**Hand Delivery**
(United States Trustee)
Mark Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Official Committee of Unsecured Creditors)
David M. Fournier, Esq.
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Wachovia Bank, National Association)
Joseph H. Huston, Jr., Esq.
Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Madeleine, L.L.C.)
Robert J. Dehney, Esq.
Derek C. Abbott, Esq.
Morris, Nichols, Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market Street, 18th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Global Home Products Investors, LLC)
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Lifetime Brands, Inc.)
Ronald S. Gellert, Esq.
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE  19801

**Overnight Delivery**
(Counsel to the Official Committee of Unsecured Creditors)
Sharon Levine, Esq.
Bruce Buechler, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068-1791

**Overnight Delivery**
(Debtors)
Randal Rombeiro, Chief Financial Officer
Global Home Products, LLC
550 Polaris Parkway, Suite 500
Westerville, OH  43082

**Overnight Delivery**
(Counsel to Wachovia Bank, National Association)
Jonathan N. Helfat, Esq.
Matthew J. Miller, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169-0075

**Overnight Delivery**
(Counsel to Madeleine L.L.C.)
Jesse H. Austin, III, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA  30308

**Overnight Delivery**
(Counsel to Global Home Products Investors, LLC)
Michael L. Cook, Esq.
Sophie S. Kim, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

**Overnight Delivery**
(Counsel to Cerberus, L.P.)
Daniel V. Oshinsky, Esq.
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY  10022

**Overnight Delivery**
(Counsel to Lifetime Brands, Inc.)
Neil E. Herman, Esq.
Leonard Klingbaum, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178

**Overnight Delivery**
(Counsel to Regal Ware, Inc.)
Morton R. Branzburg, Esq.
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
260 South Broad Street, Suite 400
Philadelphia, PA  19102

**Overnight Delivery**
(Counsel to Regal Ware, Inc.)
Daniel R. Johnson, Esq.
Ryan Kromholz & Manion, S.C.
3360 Gateway Road
Brookfield, WI  53045

**Overnight Delivery**
(Counsel to Citigroup)
Joseph H. Smolinsky, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

**Foreign Overnight Delivery**
(Counsel to SEB S.A. and SEB USA)
N. Lynn Hiestand, Esq.
Christian Pilkington, Esq.
Neil Devaney, Esq.
Skadden, Arps, Slate, Meagher & Flom (UK) LLP
40 Bank Street
Canary Wharf, London  E14 5DS
ENGLAND