IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>Appellant,<br><br>v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>Appellees. | Civil Action No. 06-508 (JJF) |

## WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS FOR REGAL WARE, INC.

TO: The Clerk of the Court and interested parties:

PLEASE TAKE NOTICE that attorney Jennifer L. Scoliard is no longer associated with the undersigned law firm and no longer represents Regal Ware, Inc. Accordingly, the undersigned respectfully withdraws the appearance of said attorney in the above-referenced appeal.

PLEASE TAKE FURTHER NOTICE that the following attorneys shall be counsel of record for Regal Ware, Inc. henceforth:

>Steven K. Kortanek (Del. Bar No. 3106)
>Patrick A. Costello (Del. Bar No. 4535)
>Klehr, Harrison, Harvey, Branzburg
>  & Ellers LLP
>919 N. Market Street, Suite 1000
>Wilmington, DE 19801
>Phone: 302-426-1189
>Fax: 302-426-9193
>skortanek@klehr.com
>pcostello@klehr.com

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

DEL1 64725-1

Dated: September 28, 2006

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

*/s/ Steven K. Kortanek*
Steven K. Kortanek (Del. Bar No. 3106)
Patrick A. Costello (Del. Bar No. 4535)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 Telephone
(302) 426-9193 Facsimile
skortanek@klehr.com
pcostello@klehr.com

*Delaware Counsel for Regal Ware, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GLOBAL HOME PRODUCTS, LLC, et al.,[1]<br><br>　　　　　Debtors. | Chapter 11<br>Case No. 06-10340 (KG)<br>(Jointly Administered) |
| REGAL WARE, INC.,<br><br>　　　　　Appellant,<br><br>v.<br><br>GLOBAL HOME PRODUCTS LLC, et al.,<br><br>　　　　　Appellees. | Civil Action No. 06-508 (JJF) |

## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on this 28th day of September 2006, I caused to be served a copy of the foregoing *Withdrawal and Substitution of Attorneys for Regal Ware, Inc.* upon the parties listed on the attached service list in the manner indicated thereto.

　　　　　　　　　　　　　　　　　　　　／s／ Steven K. Kortanek
　　　　　　　　　　　　　　　　　　　　Steven K. Kortanek (Del. Bar No. 3106)

---

[1] The Debtors are the following entities: Global Home Products LLC; GHP Holding Company LLC; GHP Operating Company LLC; Anchor Hocking Acquisition Inc.; Anchor Hocking Inc.; AH Acquisition Puerto Rico, Inc.; Anchor Hocking Consumer Glass Corporation; Anchor Hocking CG Operating Company LLC; Anchor Hocking Operating Company LLC; Burnes Acquisition Inc.; Intercraft Company; Burnes Puerto Rico, Inc.; Picture LLC; Burnes Operating Company LLC; Mirro Acquisition Inc.; Mirro Puerto Rico, Inc.; Mirro Operating Company LLC.

DEL1 64725-1

<u>Via Hand Delivery</u>
Laura Davis Jones, Esq.
Bruce Grohsgal, Esq.
Sandra G. M. Selzer, Esq.
Pachulski Stang Ziehl Young Jones &
  Weintraub LLP
919 N. Market St., 17th Flr.
Wilmington, DE  19899-8705

<u>Via First Class Mail</u>
David M. Bertenthal, Esq.
Joshua M. Fried, Esq.
Pachulski Stang Ziehl Young Jones &
  Weintraub LLP
150 California St., 15th Flr.
San Francisco, CA  94111

<u>Via Hand Delivery</u>
Gregg M. Galardi, Esq.
Matthew Paul Ward, Esq.
Skadden Arps Slate Meagher &
  Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

<u>Via Hand Delivery</u>
Joseph H. Huston, Jr., Esq.
Thomas G. Whalen, Jr., Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Flr.
Wilmington, DE 19801

<u>Via First Class Mail</u>
Steven B. Soll, Esq.
Jonathan Helfat, Esq.
Otterbourg, Steindler, Houston &
  Rosen, P.C.
230 Park Avenue
New York, NY  10169

<u>Via First Class Mail</u>
Joseph H. Smolinsky, Esq.
Thomas J. Hall, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

<u>Via Hand Delivery</u>
United States Trustee
Mark Kenney, Esq.
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

DEL1 64708-1